UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LYNN MARTINA, § | | |
|     Plaintiff, § | | |
| § | | |
| VS. § | | CIVIL ACTION No. 5:18-cv-00014-RWS |
| § | | |
| ALBERTSON'S LLC AND § | | |
| ARAMARK UNIFORM & § | | |
| CAREER APPAREL, LLC, § | | |
|     Defendants. § | | |

## JOINT NOTICE OF MEDIATION

COME NOW, Plaintiff Lynn Martina ("Plaintiff") and Albertsons LLC and Aramark Uniform & Career Apparel, LLC ("Defendants") and respectfully file this, their Joint Notice of Mediation:

I.

The Parties have agreed to mediate the above-styled with mediator John Mercy in Texarkana, Texas. The Parties will agree on a mutually convenient date.

Dated: June 1, 2018

Respectfully submitted,

*/s/O. Paul Dunagan*
O. Paul Dunagan
State Bar No. 06202700
Gary D. Sarles
State Bar No. 17651100
**SARLES & OUIMET**
900 Jackson Street, Suite 370
Dallas, Texas  75202-4436
Telephone:  (214) 573-6300
Telecopier:  (214) 573-6306
dunagan@sarleslaw.com
gsarles@sarleslaw.com
**ATTORNEYS FOR DEFENDANT ALBERTSONS, LLC**

1

**/s/ Jonathan W. Beck\_\_\_\_**
Jonathan W. Beck
State Bar No. 24071965
Dunn, Nutter & Morgan, L.L.P.
3512 Texas Boulevard
Texarkana, TX, 75503
Telephone: 903-794-5651
Telecopier: 903-794-5651
Jwbeck@dnmlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

**/s/ Timothy U. Stanford_____**
Timothy U. Stanford
State Bar No. 19041030
efiletim@downsstanford.com
tstanford@downsstanford.com
DOWNS☐STANFORD, P.C.
2001 Bryan Street, Suite 4000
Dallas, Texas 75201
(214) 748-7900 – Telephone
(214) 748-4530 – Facsimile
**ATTORNEYS FOR DEFENDANT**
**ARAMARK UNIFORM & CAREER**
**APPAREL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2018, a true and correct copy of Joint Notice of Mediation was forwarded via email to all counsel of record.

*/s/O. Paul Dunagan*
O. Paul Dunagan